district court's dismissal of his construed § 2254 petition for lack of jurisdiction.

**AFFIRMED.**

**UNITED STATES of America,**
**Plaintiff-Appellee,**

**v.**

**Jaceyon EVANS, a.k.a. Curtis Wilson,**
**Defendant-Appellant.**

**No. 17-12788**
**Non-Argument Calendar**

United States Court of Appeals,
Eleventh Circuit.

(December 14, 2017)

Nancy Greenwood, U.S. Attorney's Office, Augusta, GA, R. Brian Tanner, U.S. Attorney Service—Southern District of Georgia, U.S. Attorney's Office, Savannah, GA, for Plaintiff-Appellee

Beau A. Worthington, Coxen Worthington, LLC, Covington, GA, for Defendant-Appellant

Before WILSON, WILLIAM PRYOR and ANDERSON, Circuit Judges.

PER CURIAM:

The Government's motion to dismiss this appeal pursuant to the appeal waiver in Appellant's plea agreement is GRANTED. *See United States v. Bushert*, 997 F.2d 1343, 1350-51 (11th Cir. 1993) (sentence appeal waiver will be enforced if it was made knowingly and voluntarily); *United States v. Bascomb*, 451 F.3d 1292, 1297 (11th Cir. 2006) (appeal waiver "cannot be vitiated or altered by comments the court makes during sentencing"); *United States v. Grinard-Henry*, 399 F.3d 1294, 1296 (11th Cir. 2005) (waiver of the right to appeal includes waiver of the right to appeal difficult or debatable legal issues or even blatant error).

**MOTION TO DISMISS GRANTED.**

**UNITED STATES of America,**
**Plaintiff-Appellee,**

**v.**

**Ajaria Sharda SIMON, Defendant-Appellant.**

**No. 17-11652**
**Non-Argument Calendar**

United States Court of Appeals,
Eleventh Circuit.

(December 15, 2017)

Colin P. McDonell, U.S. Attorney Service—Middle District of Florida, U.S. Attorney's Office, Tampa, FL, for Plaintiff-Appellee

Mark J. O'Brien, O'Brien Hatfield, PA, Tampa, FL, for Defendant-Appellant

Before TJOFLAT, WILLIAM PRYOR, and ANDERSON, Circuit Judges.

**656**

PER CURIAM:

The Government's motion to dismiss this appeal pursuant to the appeal waiver in Appellant's plea agreement is GRANTED. *See United States v. Bushert*, 997 F.2d 1343, 1350-51 (11th Cir. 1993) (sentence appeal waiver will be enforced if it was made knowingly and voluntarily); *United States v. Bascomb*, 451 F.3d 1292, 1297 (11th Cir. 2006) (appeal waiver "cannot be vitiated or altered by comments the court makes during sentencing"); *United States v. Grinard-Henry*, 399 F.3d 1294, 1296 (11th Cir. 2005) (waiver of the right to appeal includes waiver of the right to appeal difficult or debatable legal issues or even blatant error).

**MOTION TO DISMISS GRANTED.**

**UNITED STATES of America, Plaintiff-Appellee,**

**v.**

**Vance HOARD, a.k.a Bernard Hoard, a.k.a. Vance Holland, Defendant-Appellant.**

**No. 17-12612**

**Non-Argument Calendar**

United States Court of Appeals, Eleventh Circuit.

(December 15, 2017)

Ryan Michael Christian, Lawrence R. Sommerfeld, U.S. Attorney Service—Northern District of Georgia, U.S. Attorney's Office, Atlanta, GA, for Plaintiff-Appellee

Kendal Silas, W. Matthew Dodge, Stephanie A. Kearns, Federal Defender Program, Inc., Atlanta, GA, for Defendant-Appellant

Before TJOFLAT, MARCUS, and ROSENBAUM, Circuit Judges.

PER CURIAM:

The Government's motion to dismiss this appeal pursuant to the appeal waiver in Vance Hoard's plea agreement is GRANTED. *See United States v. Grinard-Henry*, 399 F.3d 1294, 1296 (11th Cir. 2005); *United States v. Bushert*, 997 F.2d 1343, 1350–51 (11th Cir. 1993) ("[F]or a waiver to be effective it must be knowing and voluntary.").